IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**RICHARD ANTHONY JENKINS,**                     09-CV-900-BR

      **Plaintiff,**                                    **JUDGMENT**

**v.**

**LIEUTENANT GOLDSTON, OFFICER
GRAVES, and INSPECTOR PLANT,**

      **Defendants.**


    Based on the Court's Opinion and Order (#55) issued January 4, 2011, the Court **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 4th day of January, 2011.

                               /s/ Anna J. Brown

                               ANNA J. BROWN
                               United States District Judge

1 - JUDGMENT